FILED
2016 Nov-29 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) 5:15-cr-00242-KOB-SGC |
| | ) |
| **MARK ANTHONY BEDWELL** | ) |

## MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by and through its counsel, Joyce White Vance, United States Attorney, and Mary Stuart Burrell, Assistant United States Attorney for the Northern District of Alabama, and moves the Court to unseal the indictment.

Respectfully submitted this the 29th day of November, 2016.

JOYCE WHITE VANCE
United States Attorney

*/s/ Electronic Signature*
MARY STUART BURRELL
Assistant United States Attorney