FILED
2022 Dec-07  PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** } | |
| } | |
| **v.** } | **Case No. 5:15-cr-242-MHH-HNJ** |
| } | |
| **MARK ANTHONY BEDWELL** } | |

## ORDER OF DETENTION

Based on the defendant's knowing, intentional, and voluntary waiver of his right to a bond hearing on this date, with leave to reopen should his circumstances change, the court hereby orders defendant **DETAINED** pending resolution of the present matter.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. He will be afforded a reasonable opportunity for private consultation with defense counsel.

On order of any court of the United States or on request from an attorney for the government, the person in charge of the corrections facility where he is being housed shall deliver the defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

**DONE**, this 7th day of December, 2022.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE