UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | Case No. 5:15-cr-242-MHH-HNJ |
| | } | |
| MARK ANTHONY BEDWELL | } | |

## PROTECTIVE ORDER

Upon the Motion for the Government pursuant to Rule 16(d)(1) of the *Federal Rules of Criminal Procedure*, the Court finds that good cause has been established to enter a Protective Order concerning the use, dissemination and disposition of certain information that may be disclosed during discovery proceedings in this case. The Court grants the motion and hereby ORDERS the following:

1. In accordance with the Court's previously entered Standing Discovery Order, the United States may disclose to the defendants' counsel un-redacted discovery containing information about the government's uses of confidential sources or other Personal Identifying Information.

2. The defendants' counsel shall:

   a. use the Protected Discovery Material only as necessary to represent the defendants in this case;

   b. acknowledge that their client understands the sensitive nature of this discovery, that it should not and will not be shared with anyone beyond defense counsel and professional members of the defense team

       (including paralegals, legal assistants, and expert witnesses), and that all such material in the possession of the defense team will be returned or destroyed following the completion of the case;

    c. not leave the Protected Discovery Material in the control or custody of the defendants or any person who is not a professional member of the defense team;

    d. limit the defendants' access to electronically stored discovery so that the defendants cannot print, download, or otherwise retain any Protected Discovery Material; and

    e. collect and return to the Government all paper and electronic copies of any Protected Discovery Material at the conclusion of this litigation or, alternatively, destroy those items and confirm their destruction to the Government.

3.     Protected Discovery Material may be subject to redaction before documents can be used in open court or a public filing. This Order does not affect the redaction requirements for materials filed with the Court in compliance with Rule 49.1 of the *Federal Rules of Criminal Procedure*. Such redaction is still required.

4.     The procedures for use of the Protected Discovery Material during any hearing or trial shall be determined by the Court in advance of the hearing or trial. No party shall file (except under seal) or disclose in open court documents containing personally identifying information without prior consultation with the Court.

5. Persons accepting disclosure of the Protected Discovery Material pursuant to the terms of this Order shall be deemed to submit themselves to the jurisdiction of the Court for purposes of enforcement of this Protective Order.

**DONE** and **ORDERED**, this 7th day of December, 2022.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE